District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MULATWA FEYESA,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

No. 2:23-cv-1115-BJR

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. For good cause, the parties request that the Court hold the case in abeyance until November 28, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel,

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-1115-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

2  With additional time, this case may be resolved without the need of further judicial
3  intervention USCIS has scheduled Plaintiff's asylum interview for September 20, 2023. USCIS will
4  continue processing the application after the interview. Once adjudicated, the parties will dismiss
5  this case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the
6  parties request this Court to hold the case in abeyance until November 28, 2023. The parties will
7  submit a joint status report on or before November 28, 2023

8  Dated: September 5, 2023                          Respectfully submitted,

9                                                   TESSA M. GORMAN
                                                    Acting United States Attorney
10
                                                    s/Michelle R. Lambert
11                                                  MICHELLE R. LAMBERT, NYS #4666657
                                                    Assistant United States Attorney
12                                                  United States Attorney's Office
                                                    1201 Pacific Avenue, Suite 700
13                                                  Tacoma, Washington 98402
                                                    Phone: 206-428-3824
14                                                  Email: michelle.lambert@usdoj.gov
                                                    *Attorneys for Defendants*
15
                                                    *I certify that this memorandum contains 241 words, in*
16                                                  *compliance with the Local Civil Rules.*

17                                                  s/ Jane Marie O'Sullivan
                                                    JANE MARIE O'SULLIVAN WSBA#34486
18                                                  O'Sullivan Law Office
                                                    2417 Pacific Avenue SE, 2nd Floor
19                                                  Olympia, Washington 98501
                                                    Phone: 206-340-9980
20                                                  Email: jane@osullivanlawoffice.com
                                                    *Attorney for Plaintiff*
21

22

23

24

**ORDER**

The case is held in abeyance until November 28, 2023.  The parties shall submit a joint status report on or before November 28, 2023.  It is so **ORDERED**.

DATED this 6th day of September, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR ABEYANCE    - 3
(23-cv-1115-BJR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970